UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EDWIN COLLIER,**

        Plaintiff,                    Case No. 2:22-cv-1801
                                        JUDGE EDMUND A. SARGUS, JR.
   v.                              Magistrate Judge Kimberly A. Jolson

**ATRIUM MEDICAL CORP. et al.,**

        **Defendants**

## ORDER

This matter is before the Court on the Motion to Dismiss of Defendant Getinge AB (ECF No. 36.)  Before that motion was briefed, the Plaintiff properly dismissed this Defendant, and the Court terminated it as a party.  (ECF No. 39.)  Accordingly, the Court **DISMISSES AS MOOT** the Motion to Dismiss of Defendant Getinge AB (ECF No. 36.)  This case remains open.

**9/5/2023**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**